UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 8:14-cv-02361-VMC-TBM |
| MAURICE ADAMS, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** of the appearance of the undersigned attorney as counsel of record for the Defendant, MAURICE ADAMS, herein. Request is hereby made that all future pleadings, notices, orders, correspondence, etc., be furnished to the undersigned attorney.

Respectfully Submitted,

KEVIN D. ASTL, ESQUIRE
Florida Bar Number: 0173088
Brandon Legal Group, P.A.
1209 Lakeside Drive
Brandon, Florida 33510
Telephone No: (813) 902-3576
Facsimile No.: (813) 436-8470
Email: service@brandonlegalgroup.com
Email: kevin.astl@brandonlegalgroup.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 17, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

M. Keith Lipscomb, Esq.

_____
Kevin D. Astl, Esq.
*Attorney for Defendant*