**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE ADAMS,<br><br>Defendant. | Civil No. 8:14-CV-02361-VMC-TBM |

**RESPONDENT'S NOTICE OF SERVICE OF ANSWWERS TO INTERROGATORIES**

**COMES NOW**, MAURICE ADAMS ("Defendant") and files this his Response to the Plaintiff's First Set of Interrogatories as follows:

1. State the full name, address and position relative to the Defendant of the person(s) answering these Interrogatories and for each such person state what that person contributed.

**Response to Interrogatory No. 1**:

Maurice Oliver Adams
11112 Lakeside Vistas Drive
Riverview, Florida 33569

2. Describe in detail your educational background, where you went to high school, college (if you attended), your major and your work history, and in chronological fashion identify each of your former employers and your present employers, state how long you worked at each such employer, and summarize your job duties for each such employer. For the avoidance of doubt, if at any time you were self-employed, the sole proprietorship, partnership or legal entity through which you were self-employed qualifies as an employer

within the meaning of this interrogatory.

**Response to Interrogatory No. 2:**

High School: Emerson-Vocational  College: Medeville College-BSA
Work: Niagra Mohawk-Collections 15 years
Verizon Wireles-Customer Service 4 months
E*Trade-Customer Service 10 months
Chase-Trade Support 3 years
Citibank-Securities Analyst 5 years

3. Explain in detail your exposure to Computer Devices in school, college, work and at home, include within your answer any courses or classes you have taken to learn how to use Computer Devices and the software that enables the Computer Devices to work, list all of the programs that you know how to use, and state when you learned how to use each such program.

**Response to Interrogatory No. 3:**
Took on-line courses at College for Learning - Studied for Series 7 exam. Software use is Microsoft products, Excel, Word, Power Point, Access.

4. Identify by brand, trademark, model number, version, serial number and by any other relevant form of identifier each of the Computer Devices used in your home during the preceding two years and for each such Computer Device, state when it was purchased, from where it was purchased, who is authorized to use the Computer Device, who has been authorized to use the Computer Device, the times during which each such person was authorized to use the Computer Device, and identify the person who primarily uses the Computer Device.

**Response to Interrogatory No. 4:**

Dell laptop given by friend a few years ago. My sons and myself had access.

5. Identify by brand, trademark, model number, version, and serial number each

wireless router and modem used in your home during the preceding two years and for each such device state the duration during which it was password protected. If you have changed the password for a wireless router or modem during the last two years, state when you changed the password and explain why you changed the password.

**Response to Interrogatory No. 5:**

Verizon modem. I am not aware of the password other than the once attached to the modem.

6. For each Computer Device, wireless router and modem identified above, identify the person that installed it, connected it, or otherwise set it up, and each person that has moved, modified or otherwise controlled it.

**Response to Interrogatory No. 6:**

Verizon installed device.

7. Identify each person who you provided with access to your wireless router(s) or modem(s) during the last two years, and state the duration during which each such person had access to your wireless router(s) or modem(s).

**Response to Interrogatory No. 7:**

Did not provide access to anyone.

8. For each person identified above, state his or her age or approximate age, describe his or her relationship to you, and state whether or not he or she used a password to connect to your wireless router or modem.

**Response to Interrogatory No. 8:**

Not aware of anyone having access.

9. Identify each person who was residing in or routinely visiting your home from March 20, 2014 to August 21, 2014 (the "Period of Recorded Infringement"), and state whether each such person had access to your Computer Device(s), wireless router(s) or modem(s).

**Response to Interrogatory No. 9:**

My two sons and Former Wife had access to home and my sons shared the computer

10. Identify any communication you have received from your ISP in the last two years including any changes regarding the terms of your contract or agreement, and any notices you have received, including but not limited to notices of alleged copyright infringement emanating from you internet service.

**Response to Interrogatory No. 10:**

Letter received in December, 2014 regarding notification of releasing ISP information.

11. State when you first learn about BitTorrent and Peer-to-peer file sharing and if you have ever used or installed any peer-to-peer file sharing software or BitTorrent client on any of the computer devices in your home to knowingly downloaded a song, movie, game, software program or computer file.

**Response to Interrogatory No. 11:**

December, 2014

12. Identify each BitTorrent file that you have downloaded, and each BitTorrent website that you have visited.

**Response to Interrogatory No. 12:**
None.

13. For each of your Computer Devices in your home, identify each program which has ever been installed that can be used to encrypt, destroy, erase, delete, or wipe out files or data from said Computer Device; and any program used to mask, switch or hide your IP address or email address.

**Response to Interrogatory No. 13:**
None.

14. Identify each website, blog or message board, which you have visited, or to which you have subscribed, posted or hosted, which refers to, relates to, or discusses, internet piracy, BitTorrent, file sharing, or which provides information to people regarding suits which allege that people have committed on-line copyright infringement, and explain in detail what you posted and what you learned from each such site.

**Response to Interrogatory No. 14:**
None.

15. Have you ever searched for X-Art, Malibu Media, or torrent files on the internet? If so, please list out each search.

**Response to Interrogatory No. IS:**
No.

16. Have you ever watched x-rated, adult or pornographic movies or live feeds (collectively, "adult content")? If so, when was the last time you watched adult content, how often do you watch adult content, which studios do you prefer, and what type of movies do you prefer?

**Response to Interrogatory No. 16:**

Girls Gone Wild which was purchased through the mail. Showtime, HBO and Cinemax Movies.

**CERTIFICATION / JURAT PAGE**

By: ______________________
Name: Maurice Adams

STATE OF FLORIDA )
) SS:
COUNTY OF Hillsborough )

**BEFORE ME**, the undersigned, having personally appeared Maurice Adams.

as ____________ and who after first being duly sworn, deposes and states that the foregoing Answers to Interrogatories are true and correct to the best of his/her knowledge and belief.

Notary Public State of Florida
Raquel Fitchett
My Commission EE 880057
Expires 03/30/2017

______________________
NOTARY PUBLIC, STATE OF FLORIDA AT LARGE

Print Name: Raquel S. Fitchett

Commission No.______________

My Commission Expires: ________

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 10, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

M. Keith Lipscomb, Esq.
Jason H. Cooper, Esq.

Kevin D. Astl, Esq.
*Attorney for Defendant*